**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00035-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. ANTONIO GONZALEZ-VILLAGRAN**,

    Defendant.

---

## ORDER FOR TIME SERVED

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on April 23, 2013, it is hereby

    ORDERED that Defendant Antonio Gonzalez-Villagran is sentenced to **TIME SERVED.**

    Dated: April 23, 2013.

                                               BY THE COURT:

                                               /s/ R. Brooke Jackson
                                               R. BROOKE JACKSON,
                                               UNITED STATES DISTRICT JUDGE